FILED

03/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0017

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 22-0017

_____

JAY WILSON PRESTON, COMMUNITYTEL, INC., RONAN TELEPHONE, INC., WESTERN MONTANA COMMUNITYTEL, INC., d/b/a ACCESS MONTANA,

Defendants /Appellants/Cross-Appellees

v.

FRED WEBER and MONTANASKY NETWORKS, INC.,

Plaintiffs/Appellees/Cross-Appellants

_____

**ORDER**

_____

Before this Court is the parties' Stipulation for Dismissal with Prejudice, and the Court having read and reviewed the Stipulation and good cause appearing:

IT IS HEREBY ORDERED the above-captioned case is DISMISSED WITH PREJUDICE.

Electronically signed and dated below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 14 2022